UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SIX FLAGS, INC., and TIG INSURANCE )
COMPANY, )
                                   )
        Plaintiffs,                )
                                   )
v.                                 )   CIVIL ACTION NO. 05-11444NMG
                                   )
STEADFAST INSURANCE COMPANY,       )
                                   )
        Defendant.                 )
                                   )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the plaintiffs, Six Flags, Inc. and TIG Insurance Company, in the above-captioned matter.

_____
Samuel M. Furgang (BBO #559062)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
(617) 227-3030

Dated: July 8, 2005