UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIX FLAGS, INC. and<br>TIG INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-11444 NMG<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter the appearance of John R. Felice as counsel for the Defendant, Steadfast Insurance Company, in the above-referenced matter.

    STEADFAST INSURANCE COMPANY,
    By its attorneys,

    _/s/ John R. Felice_
    John R. Felice, BBO No. 644517
    HERMES, NETBURN, O'CONNOR
        & SPEARING, P.C.
    111 Devonshire Street, Eighth Floor
    Boston, MA 02109-5407
    (617) 728-0050
    (617) 728-0052 (F)

Dated: 7/20/05

G:\DOCS\JRF\CLIENTS\Zurich\Six Flags\Pleadings\JRF Appearance.doc

I hereby certify that a true copy of the above document was served upon (each party appearing PRO SE and) the attorney of record for each other party by mail (by hand) on ___7/20/05___.

_/s/ John R. Felice_