**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SIX FLAGS, INC. and<br>TIG INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No. 05-11444 NMG**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Peter G. Hermes as counsel for the Defendant, Steadfast

Insurance Company, in the above-referenced matter.

**STEADFAST INSURANCE COMPANY**,
By its attorneys,

Peter G. Hermes, BBO No. 231840
HERMES, NETBURN, O'CONNOR
& SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA  02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated:  7/20/05

G:\DOCS\JRF\CLIENTS\Zurich\Six Flags\Pleadings\PGH Appearance.doc