# United States District Court

DISTRICT OF **MASSACHUSETTS**

SIX FLAGS, INC. and
TIG INSURANCE COMPANY,
          Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

STEADFAST INSURANCE COMPANY,
          Defendant

CASE NUMBER:

**05 - 11444 NMG**

TO: (Name and address of defendant)

Steadfast Insurance Company
1400 American Lane
Schaumburg, IL 60196

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Samuel M. Furgang, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 0 8 2005

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                              Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIX FLAGS, INC., and TIG INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 05-11444-NMG |

## PLAINTIFFS' AFFIDAVIT OF SERVICE IN COMPLIANCE WITH MASSACHUSETTS GENERAL LAWS, CHAPTER 223A, § 6

I, Samuel M. Furgang, counsel for the plaintiffs in the above-entitled action, say that on July 13, 2005, I gave written notice to the defendant, Steadfast Insurance Company, of filing a Complaint against it by mailing a letter, postage prepaid, certified mail and return receipt requested, enclosing therein a copy of the (1) Summons; (2) Complaint; and (3) Civil Cover Sheet to the defendant at Steadfast Insurance Company, 1400 American Lane, Schaumburg, IL 60196-1056.

Said return receipt is attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF JULY, 2005.

_____
Samuel M. Furgang (BBO #559062)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

CERTIFICATE OF SERVICE

I, Samuel M. Furgang, attorney for plaintiffs, hereby certify that I have this day forwarded the within Affidavit of Service in Compliance with Mass. General Laws, Chapter 223A, §6 by mailing a copy of same, postage prepaid, first-class mail, to all parties.

_____
Samuel M. Furgang

Dated: July 21, 2005

#365627