UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIX FLAGS, INC. and<br>TIG INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 05-11444 NMG |

**DEFENDANT, STEADFAST INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the Defendant, Steadfast Insurance Company ("Steadfast"), identifies the following parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock:

Steadfast is a wholly owned subsidiary of Zurich North American Insurance Company, a New York corporation.

STEADFAST INSURANCE COMPANY,
By its attorneys,

_____
Peter G. Hermes, BBO Bo. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA  02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated:

G:\DOCS\RF\CLIENTS\Zurich\Six Flags\Pleadings\Corporate Disclosure Statement.doc

I hereby certify that a true copy of the above document was served upon (each party appearing PRO SE and) the attorney of record for each other party by mail (by hand) on _____.

_____