UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIX FLAGS, INC. and<br>TIG INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 05-11444 NMG |

### NOTICE OF WITHDRAWAL

John R. Felice hereby withdraws his appearance as counsel for the Defendant in this action, Steadfast Insurance Company. Peter G. Hermes of Hermes, Netburn, O'Connor & Spearing will continue to represent the Defendant, Steadfast Insurance Company.

Dated: August 21, 2005

John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA  02109-5407
(617) 728-0050 (Tel.)
(617) 728-0052 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of August, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Samuel M. Furgang, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimack Street
Boston, MA 02114

*John R. Felice*
John R. Felice

G:\DOCS\JRF\CLIENTS\Zurich\Six Flags\Pleadings\Notice of Withdrawal.doc