UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIX FLAGS, INC. and ) | |
| TIG INSURANCE COMPANY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-11444 NMG |
| ) | |
| STEADFAST INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that as of **October 31, 2005**, counsel for the Defendant, Steadfast Insurance Company, moved to:

265 Franklin Street, Seventh Floor
Boston, MA 02110-3113
(617) 728-0050
(617) 728-0052 – Fax

**STEADFAST INSURANCE COMPANY**,
By its attorneys,

/s/ Eric C. Hipp
Peter G. Hermes, BBO No. 231840
Eric C. Hipp, BBO No. 642658
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050 – Tel.
(617) 728-0052 – Fax

Dated:  November 14, 2005

G:\ECH\Zurich\OD Hopkins\Pleadings\Change of Address.doc