UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIX FLAGS, INC. and<br>TIG INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No. 05-11444 NMG |

**NOTICE OF APPEARANCE**

To The Clerk of the Above Named Court:

    Please enter the appearance of Eric C. Hipp, BBO No. 642658, of Hermes, Netburn, O'Connor & Spearing, P.C. on behalf of the Defendant, Steadfast Insurance Company.

    /s/ Eric C. Hipp
    Eric C. Hipp, BBO No. 642658
    HERMES, NETBURN, O'CONNOR &
        SPEARING, P.C.
    265 Franklin Street, Seventh Floor
    Boston, MA 02110
    (617) 728-0050
    (617) 728-0052 (F)

Dated: November 14, 2005

G:\ECH\Zurich\OD Hopkins\Pleadings\Appearance - ECH.doc