UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIX FLAGS, INC., and TIG INSURANCE COMPANY, </br></br>    Plaintiffs, </br></br> v. </br></br> STEADFAST INSURANCE COMPANY, </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )   CIVIL ACTION NO. 05-11444 NMG </br> ) </br> ) </br> ) </br> ) </br> ) |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS SIX FLAGS, INC. AND TIG INSURANCE COMPANY**

The undersigned, counsel of record for the plaintiffs, Six Flags, Inc. and TIG Insurance Company, hereby certifies that TIG Insurance Company is a wholly owned subsidiary of Fairfax Financial Holdings.

                Plaintiffs,
                By their attorneys,

                /s/ Samuel M. Furgang
                Samuel M. Furgang (BBO #559062)
                Sugarman, Rogers, Barshak & Cohen, P.C.
                101 Merrimac Street
                Boston, MA 02114
                (617) 227-3030

Dated: December 6, 2005

370935