UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIX FLAGS, INC. and<br>TIG INSURANCE COMPANY,<br><br>       Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-11444 NMG<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT PER LR 16.1(D)**

**I.   Proposed Joint Discovery Plan**

1.   **Initial Disclosures.**  Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by January 20, 2006.

2.   **Fact Discovery – Interim Deadlines**.

   a.   All requests for production of documents and interrogatories must be served by February 10, 2006.

   b.   All requests for admission must be served by March 17, 2006.

   c.   All depositions, other than expert depositions, must be completed by May 17, 2005.

3.   **Fact Discovery – Final Deadline**.  All discovery, other than expert discovery, must be completed by June 16, 2006.

4. **Expert Discovery**.

   a. Plaintiffs' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 30, 2006.

   b. Depositions of Plaintiffs' trial experts must be taken by August 4, 2006.

   c. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 18, 2006.

   d. Depositions of Defendant's trial experts must be taken by September 15, 2006.

5. **Procedural Provisions**

   a. **Fact Discovery – Interim Deadlines**. The parties may extend any interim deadline for fact discovery by mutual written agreement filed with the Court.

   b. **Fact Discovery – Final Deadline; Expert Discovery**. The parties may extend the final deadline for fact discovery or the deadline for expert discovery for a combined total of up to 60 days by mutual written agreement filed with the Court.

II. **Proposed Schedule for the Filing of Motions.**

1. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to amend to add new parties or to amend the pleadings to assert new claims or defenses may be filed after February 7, 2006.

    2.    **Dispositive Motions**.

        (a)    Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by October 27, 2006.

        (b)    Oppositions to dispositive motions must be filed by December 1, 2006, or within 35 days after service of the motion.

**III.**    **Certifications**

    1.    **Plaintiffs' Certification**.

The undersigned do hereby certify and affirm that Plaintiff Six Flags, Inc., Plaintiff TIG Insurance Company, and Plaintiffs' counsel have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Stephen Couch  
For Plaintiff TIG Insurance Company

/s/ Samuel M. Furgang  
Samuel M. Furgang, Esq.

2.   **Defendant's Certification**.

The undersigned do hereby certify and affirm that Defendant Steadfast Insurance Company and Defendant's counsel have conferred:

(c)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(d)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Terese S. Wallschlaeger
For Defendant Steadfast Insurance Company

/s/ Peter G. Hermes
Peter G. Hermes, Esq.

**SIX FLAGS, INC. and
TIG INSURANCE COMPANY**
By its attorneys,

**STEADFAST INSURANCE COMPANY**,
By its attorneys,

/s/ Samuel M. Furgang
Samuel M. Furgang, BBO No.559062
SUGARMAN, ROGERS, BARSHAK
   & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030 – Tel.
(617) 523-4001 – Fax

/s/ Eric C. Hipp
Peter G. Hermes, BBO No. 231840
Eric C. Hipp, BBO No. 642658
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050 – Tel.
(617) 728-0052 – Fax

Dated:  December 13, 2005

Dated:  December 13, 2005

G:\ECH\Zurich\OD Hopkins\Pleadings\Joint Statement Per LR 16.1 - FINAL.doc