UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SIX FLAGS, INC., and TIG INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-11444 NMG |
| STEADFAST INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF SIX FLAGS, INC.'S LOCAL RULE 16.1 CERTIFICATION**

The undersigned hereby affirm that they have conferred with a view to establishing, insofar as it is possible at this preliminary stage, a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs.

/s/ Walter S. Hawrylack
Walter S. Hawrylack
For Six Flags, Inc.

/s/ Samuel M. Furgang
Samuel M. Furgang (BBO #559062)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
(617) 227-3030

Dated: December 14, 2005

370897