UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIX FLAGS, INC. and ) <br> TIG INSURANCE COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEADFAST INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 05-11444 NMG |

**DEFENDANT STEADFAST INSURANCE COMPANY'S SUPPLEMENT TO THE JOINT STATEMENT PER LR 16.1(D)**

Pursuant to the Court's directive made at the Scheduling Conference held in the above-captioned matter on December 20, 2005, Defendant Steadfast Insurance Company hereby submits the following amended Certification regarding LR 16.1(D)(3):

The undersigned do hereby certify and affirm that Defendant Steadfast Insurance Company and Defendant's counsel have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Terese S. Wallschlaeger               /s/ Peter G. Hermes
Terese S. Wallschlaeger                     Peter G. Hermes, Esq.
Senior Claim Specialist
Steadfast Insurance Company

        **STEADFAST INSURANCE COMPANY**,
        By its attorneys,

        /s/ Peter G. Hermes
        Peter G. Hermes, BBO No. 231840
        Eric C. Hipp, BBO No. 642658
        HERMES, NETBURN, O'CONNOR
           & SPEARING, P.C.
        265 Franklin Street, Seventh Floor
        Boston, MA  02110-3113
        (617) 728-0050 – Tel.
        (617) 728-0052 – Fax

Dated:  December 29, 2005

G:\ECH\Zurich\OD Hopkins\Pleadings\Defendant's Supplement to the Joint Statement Per LR 16.1.doc