UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIX FLAGS, INC., and TIG INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 05-11444 NMG |

**PLAINTIFFS SIX FLAGS, INC. AND TIG INSURANCE COMPANY'S SUPPLEMENT TO LOCAL RULE 16.1 CERTIFICATION**

Pursuant to the Court's instruction at the Scheduling Conference for the above-captioned matter, plaintiffs Six Flags, Inc. and TIG Insurance Company, submit the following clarification of their LR 16.1(D) (3) certification:

Signatory Walter S. Hawrylack is Senior Vice President and Secretary of Six Flags, Inc.

Signatory Stephen Couch is Corporate Claim Analyst for TIG Insurance Company.

Plaintiffs,
By Their Attorneys.

/s/ Samuel M. Furgang
Samuel M. Furgang (BBO #559062)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
(617) 227-3030

Dated: January 5, 2006