UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIX FLAGS, INC., and TIG INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> STEADFAST INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 05-11444 NMG |

**JOINT MOTION TO EXTEND TIME FOR PLAINTIFFS TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The parties to this action hereby move to extend the time within which the plaintiffs must respond to defendant's motion for summary judgment to May 15, 2006. In support of their motion the parties state the following:

1. Defendant, Steadfast Insurance Company filed a motion for summary judgment accompanied by eight exhibits on April 20, 2006.

2. Counsel for the plaintiffs recently returned from a trip to Australia and is enmeshed in the expected backlog of matters that have accumulated in his absence. Additional time is requested in order to properly address the issues raised in defendant's motion.

3. Counsel for the defendant has assented to this motion.

4. Following a scheduling conference, this Court issued an order setting a deadline of October 27, 2006 for the filing of dispositive motions. The requested extension of time falls well within this deadline.

For the foregoing reasons, the parties respectfully request that the time within which the plaintiffs must respond to defendant's motion for summary judgment be extended to May 15, 2006.

        Six Flags, Inc. and TIG Insurance Company
        By their attorneys

        /s/Samuel M. Furgang
        Samuel M. Furgang, BBO No. 559062
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street
        Boston, MA 02113

        Steadfast Insurance Company
        By its Attorney

        /s/Peter G. Hermes
        Peter G. Hermes, Esquire, BBO#231840
        Hermes, Netburn, O'Connor & Spearing, P.C.
        111 Devonshire Street, 8th Floor
        Boston, MA 02109

## CERTIFICATE OF SERVICE

I, Samuel M. Furgang, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 26, 2006.

        /s/Samuel M. Furgang
        Samuel M. Furgang

376781