UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIX FLAGS, INC. and <br> TIG INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> STEADFAST INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 05-11444 NMG |

**JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO OPPOSE PLAINTIFFS'
CROSS-MOTION FOR SUMMARY JUDGMENT**

The parties to this action hereby move to extend the time within which Defendant Steadfast Insurance Company (hereinafter "Steadfast") must respond to Plaintiffs' Cross-Motion for Summary Judgment to June 9, 2006. In support of their motion, the parties state the following:

1.  Steadfast filed a motion for summary judgment accompanied by eight exhibits on April 20, 2006.

2.  On April 26, 2006, the parties filed a Joint Motion to extend the time for Plaintiffs to oppose Steadfast's motion for summary judgment to May 15, 2006. Said joint motion was granted on May 2, 2006.

3.  On May 15, 2006, Plaintiffs filed an Opposition to Steadfast's motion and Cross-Motion for Partial Summary Judgment, accompanied by six exhibits.

4.  Among the exhibits filed by Plaintiffs was the Affidavit of Gary Story. Mr. Story's deposition has not been taken in the present case and was not taken in the underlying negligence

action. Defendant requires additional time to investigate and respond to the factual assertions contained in Mr. Story's affidavit.

     5.     Counsel for plaintiffs has assented to this motion.

     6.     Following the scheduling conference in this matter, the Court issued an order setting a deadline of October 27, 2006 for the filing of dispositive motions. The requested extension of time falls well within this deadline.

For the foregoing reasons, the parties respectfully request that the time within which Defendant Steadfast Insurance Company must respond to Plaintiffs' Cross-Motion for Summary Judgment be extended to June 9, 2006.

STEADFAST INSURANCE COMPANY,
By its attorneys,

/s/ Peter G. Hermes
Peter G. Hermes, BBO No. 231840
Eric C. Hipp, BBO No. 642658
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050 – Tel.
(617) 728-0052 – Fax

Six Flags, Inc. and TIG Insurance Company,
By their attorneys,

/s/ Samuel Furgang
Samuel M. Furgang, BBO No. 559062
SUGARMAN, ROGERS, BARSHAK &
  COHEN, P.C.
101 Merrimac Street
Boston, MA 02113
(617) 227-3030 – Tel.
(617) 523-4001 – Fax

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 30, 2006.

                                                /s/ Eric C. Hipp
                                                Eric C. Hipp

G:\DOCS\ECH\Clients\Zurich\OD Hopkins 15643\Pleadings\Motion to Extend Time for Steadfast to Oppose Plaintiffs' Cross-Motion for Summary Judgment.doc