UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SIX FLAGS, INC., and TIG INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-11444 NMG |
| STEADFAST INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER TO POSTPONE OR QUASH THE DEPOSITION OF GARY STORY

Plaintiffs Six Flags, Inc. ("Six Flags") and TIG Insurance Company ("TIG"), hereby move that the Court issue a protective order to quash, or in the alternative, postpone the deposition of to Gary Story, which has been noticed by the defendant Steadfast Insurance Company ("Steadfast"). In support of their motion, plaintiffs state as follows:

1.  In this insurance coverage action Steadfast filed a motion for summary judgment on April 20, 2006, accompanied by document exhibits and a supporting affidavit, asserting that it was entitled to judgment as there no genuine issues of material fact.

2.  Both plaintiffs and Steadfast timely filed requests for discovery. In anticipation of a motion for summary judgment, neither side responded to the discovery request. By Order of this Court, following a scheduling conference, the deadline for responding to written discovery was March 10, 2006, and the deadline for fact depositions was May 17, 2006.

3.  On May 15, 2006, plaintiffs filed an opposition and cross-motion for summary judgment, accompanied by document exhibits and supporting affidavits.

4.  On June 5, 2006, Steadfast notice the deposition of Gary Story, a former

president of Six Flags. The deposition was noticed for June 16, 2006, in Oklahoma City, Oklahoma.

5. On June 9, 2006, Steadfast filed an opposition to plaintiffs' cross-motion for summary judgment and sought leave, pursuant to Fed.R.Civ.P. 56(f), to take additional discovery from Gary Story and James Glover,

6. Steadfast should be precluded from taking additional discovery because it failed to pursue discovery during the time permitted, failed to seek an extension of time to conduct discovery and, instead, filed a motion for summary judgment on the basis of the information at hand. Furthermore, the pending motions for summary judgment will not be affected by the contested evidence and Steadfast has failed to show that the requested discovery will provide any necessary information.

For the foregoing reasons, plaintiffs respectfully request that the deposition of Gary Story by Steadfast be quashed, or, in the alternative, be postponed until this Court has ruled on the pending motion and cross-motion for summary judgment.

## LOCAL RULE 37.1(B) CERTIFICATION

Pursuant to Local Rule 37.1(B), counsel for the plaintiffs hereby certifies that he conducted a conference by telephone with counsel for Steadfast on June 13, 2006 to resolve the discovery issue addressed in this motion. Counsel for Steadfast agreed to postpone the deposition of Gary Story pending the outcome of this motion.

                                                      Six Flags, Inc. and TIG Insurance Company.
                                                    By their attorneys,
                                                    /s/Samuel M. Furgang
                                                    Regina E. Roman, BBO No. 426120
                                                    Samuel M. Furgang, BBO No. 559062
                                                    Sugarman, Rogers, Barshak & Cohen, P.C.
                                                    101 Merrimac Street
Dated: June 15, 2006                           Boston, MA 02113

## CERTIFICATE OF SERVICE

     I, Samuel M. Furgang, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 15, 2006.

                                        /s/Samuel M. Furgang
                                        Samuel M. Furgang

378718