UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
**SIX FLAGS, INC.** and                          )
**TIG INSURANCE COMPANY,**              )
                                                          )
       **Plaintiffs,**                               )
                                                          )
v.                                                       )   Civil Action No. 05-11444 NMG
                                                          )
**STEADFAST INSURANCE COMPANY,**   )
                                                          )
       **Defendant.**                              )
_____)


**DEFENDANT STEADFAST INSURANCE COMPANY'S
OPPOSITION TO PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO
POSTPONE OR QUASH THE DEPOSITION OF GARY STORY**

      Defendant Steadfast Insurance Company ("Steadfast") hereby opposes Plaintiffs Six Flags, Inc. ("Six Flags") and TIG Insurance Company's ("TIG") Motion for a Protective Order to Postpone or Quash the Deposition of Gary Story. The deposition of Gary Story, the former president of Six Flags, was scheduled for Friday, June 16, 2006 in Oklahoma City, Oklahoma, but was postponed pending determination of Plaintiffs' motion. Copies of the Notice of Deposition, Subpoena, and Proof of Service Affidavit are attached as Exhibits 1 – 3 to the Affidavit of Eric C. Hipp in Opposition to Plaintiffs' Motion for a Protective Order to Postpone or Quash the Deposition of Gary Story ("Hipp Affidavit"), which is filed herewith.

      Plaintiffs' motion should be denied for several reasons. As provided by Fed. R. Civ. P. 45(c), the proper venue for the motion is the Court by which the subpoena was issued (*i.e.*, the United States District Court for the Western District of Oklahoma). In addition, as indicated by the Electronic Clerk's Notes entered on January 10, 2006 regarding the Scheduling Conference in

this matter, the deadline for non-expert depositions was June 16, 2006. Steadfast's attempt to take the deposition of Gary Story was timely. Furthermore, the delay in scheduling Mr. Story's deposition in this matter was caused by Plaintiffs. Plaintiffs' counsel provided Mr. Story's address and telephone number for the first time by letter on Friday, June 2, 2006. Steadfast promptly prepared the subpoena and served the notice of deposition on Monday, June 5, 2006. Finally, as explained in detail in Steadfast's Fed. R. Civ. P 56(f) Affidavit,[1] Plaintiffs asserted certain factual allegations for the first time in this litigation or in the Underlying Actions[2] when the Affidavit of Gary Story was filed as part of Plaintiffs' Cross-Motion for Summary Judgment on May 15, 2006. Steadfast's Motion for Summary Judgment was ready to be filed on Monday, April 10, 2006. See Hipp Affidavit. At the request of Plaintiffs' counsel during the LR 7.1(2) conference, Steadfast did not file the motion until April 20, 2006 to accommodate Plaintiff's counsel's travel schedule. See Hipp Affidavit. Thereafter, Steadfast assented to Plaintiffs' motion to extend the time for Plaintiffs' to oppose Steadfast's motion for summary judgment to May 15, 2006. But for the professional courtesies extended by Steadfast, Plaintiffs would have asserted the contested factual allegations by April 24, 2006, within the May 17, 2006 deadline for fact depositions stated in Electronic Clerk's Notes entered on January 10, 2006.

As further grounds for this Opposition, Steadfast relies upon the Memorandum of Law in Support of Steadfast Insurance Company's Opposition to Plaintiffs' Motion for a Protective Order

---

[1] See The Affidavit of Peter G. Hermes Pursuant to Fed. R. Civ. P. 56(f) in Opposition to Plaintiffs' Cross-Motion for Summary Judgment, which was filed in this matter on June 9, 2006 as Document 29.

[2] As described in Steadfasts's Motion for Summary Judgment, the Underlying Actions are contained in the complaint filed in or around July, 2001 in the action entitled Messier, et. al. vs. Six Flags, Inc., et. al., Worcester Superior Court, No. SUCV2001-01494B, through which the plaintiffs sought damages from, among others, Six Flags and OD Hopkins, related to an alleged near drowning incident that occurred on or about August 7, 1999 involving the Subject Ride.

2

to Quash or Postpone the Deposition of Gary Story, and the Affidavit of Eric C. Hipp, both of which are filed herewith.

**WHEREFORE**, Steadfast requests that this Court deny Plaintiffs' Motion for a Protective Order and allow Steadfast to proceed with the deposition of Gary Story.

### STEADFAST REQUESTS ORAL ARGUMENT

**STEADFAST INSURANCE COMPANY**,
By its attorneys,

/s/ Eric C. Hipp
Peter G. Hermes, BBO No. 231840
Eric C. Hipp, BBO No. 642658
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050 – Tel.
(617) 728-0052 – Fax

Dated:  June 29, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 29, 2006,

/s/ Eric C. Hipp
Eric C. Hipp

G:\DOCS\ECH\Clients\Zurich\OD Hopkins 15643\Pleadings\Opp to Motion for Protective Order\Opposition to Motion for a Protective Order to Postpone or Quash the Deposition of Gary Story.doc