UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Six Flags Inc.,
    Plaintiff

v.                              Civil Action No. 05-11444-NMG

Steadfast Insurance Co.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised by counsel that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz
_____

5/7/07
Date

Craig J. Nicewicz
Courtroom Clerk